No. 87–7028.   Mistretta v. United States; and
No. 87–1904.   United States v. Mistretta.   C. A. 8th Cir. [Certiorari granted, 486 U. S. 1054.]   Motion of the Solicitor General for divided argument to permit the United States Sentencing Commission to participate in oral argument as amicus curiae and for additional time for oral argument granted, and 20 additional

minutes are allotted for that purpose to be divided as follows: Mistretta, 40 minutes; the Solicitor General, 25 minutes; and the United States Sentencing Commission, 15 minutes.